# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-2237

_____

Rita Graham,                                                *
                                                           *
                        Appellant,                         *
                                                           *    Appeal from the United States
           v.                                              *    District Court for the Eastern
                                                           *    District of Missouri.
Anthony J. Principi,* Secretary of                         *
Veterans Affairs; Veterans                                 *        [UNPUBLISHED]
Administration,                                            *
                                                           *
                        Appellees.                         *

_____

Submitted:  May 4, 2001

Filed:  May 10, 2001

_____

Before MORRIS SHEPPARD ARNOLD, RICHARD S. ARNOLD, and FAGG,
    Circuit Judges.

_____

PER CURIAM.

    Rita Graham appeals the district court's adverse grant of judgment as a matter
of law in Graham's employment discrimination lawsuit.  Having reviewed the parties'
briefs, the pretrial record, and a transcript of the district court's ruling--the only

_____

    *Anthony J. Principi has been appointed to serve as Secretary of Veterans Affairs
and is substituted as appellee under Federal Rule of Appellate Procedure 43(c)(2).

transcript furnished on appeal--we find no grounds for reversal of the challenged ruling on Graham's claims of race discrimination and retaliation. <u>See</u> Fed. R. App. P. 10(b)(2) (appellant has duty to order transcript); <u>Schmid v. United Bhd. of Carpenters and Joiners</u>, 827 F.2d 384, 386 (8th Cir. 1987) (per curiam) (appellant's failure to provide complete transcript makes it impossible to review evidence presented at trial), <u>cert. denied</u>, 484 U.S. 1071 (1988). We thus affirm the judgment of the district court. <u>See</u> 8th Cir. R. 47B.

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.